**Order entered January 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00772-CV

**DALLAS COUNTY HOSPITAL DISTRICT D/B/A PARKLAND HEALTH & HOSPITAL SYSTEM, Appellant**

**V.**

**ARNULFO ALEMAN, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-09339**

## ORDER

The parties' joint motion to stay appellate proceedings pending settlement is **GRANTED**, and this appeal is removed from the submission docket. The parties are **ORDERED** to file a proper motion to dismiss this appeal or a written notification of the status of the settlement proceedings within sixty days of the date of this order. This appeal is **ABATED** for sixty days, after which time the appeal will, if necessary, be resubmitted in due course.

/Michael J. O'Neill/
MICHAEL J. O'NEILL
PRESIDING JUSTICE